IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Epps, Lloyd L | Case Number: 07 B 05434 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 3/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,692.40 | |
| Secured: | | 1,564.85 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,864.00 |
| Trustee Fee: | | 263.55 |
| Other Funds: | | 0.00 |
| Totals: | 4,692.40 | 4,692.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 90.00 | 90.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,774.00 | 2,774.00 |
| 3. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 4. | Turner Acceptance Corporation | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Fin Acceptance | Secured | 11,309.18 | 1,564.85 |
| 6. | Turner Acceptance Corporation | Unsecured | 21.89 | 0.00 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 35.15 | 0.00 |
| 8. | Sallie Mae | Unsecured | 473.58 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 1,454.33 | 0.00 |
| 10. | Island National Group | Unsecured | | No Claim Filed |
| 11. | Associates/Citibank | Unsecured | | No Claim Filed |
| 12. | LHR Inc | Unsecured | | No Claim Filed |
| 13. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 14. | Kay Jewelers | Unsecured | | No Claim Filed |
| 15. | ICS | Unsecured | | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 18. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 19. | Professional Account Management | Unsecured | | No Claim Filed |
| 20. | Sm Servicing | Unsecured | | No Claim Filed |
| 21. | Vranas & Associates | Unsecured | | No Claim Filed |
| | | | $ 16,158.13 | $ 4,428.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Epps, Lloyd L | Case Number:  07 B 05434 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/29/08 | Filed:  3/27/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 203.55 |
| 6.5% | 60.00 |
| | $ 263.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

